Case 3:06-cv-02217-D   Document 2   Filed 12/04/06   Page 1 of 2   PageID 18

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC - 4 2006

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ORIGINAL**

| | | |
|---|---|---|
| FAS TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | NO. 3-06CV2217-D |
| v. | § | |
| | § | JURY DEMANDED |
| HIRATA CORPORATION AND | § | |
| TOKYO ELECTRON LTD. | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

In accordance with L.R. 3.1(f), Plaintiff FAS Technologies, LLC hereby provides a "separately signed certificate of interested persons that contains a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent of subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the case":

(1)   FAS Technologies, LLC, Plaintiff;

(2)   Ohashi & Horn LLP;

(3)   Shore Chan LLP;

(4)   Hirata Corporation, Defendant; and

(5)   Tokyo Electron Ltd., Defendant.

Respectfully submitted,

**OHASHI & HORN LLP**
Republic Center
325 N St. Paul Street, Suite 4400
Dallas, Texas 75201
214.743.4170
214.743.4179 (Fax)

By: _____
Jeff J. Horn, Jr., Attorney-In-Charge
State Bar No. 24027233
jeffhorn@ohashiandhorn.com

**SHORE CHAN BRAGALONE LLP**
Republic Center
325 North Saint Paul Street, Suite 4450
Dallas, Texas 75201
214.593.9110 Telephone
214.593.9111 Facsimile

Michael W. Shore
Texas State Bar No. 18294915
shore@shorechan.com
Jeffrey Bragalone
Texas State Bar No. 02855775
Jbragalone@shorechan.com
Alfonso Garcia Chan
Texas State Bar No. 24012408
achan@shorechan.com
Joseph F. DePumpo
Texas State Bar No. 00787355
jdepumpo@shorechan.com