IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FAS TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>HIRATA CORPORATION AND<br>TOKYO ELECTRON LTD,<br><br>        Defendants. | Civ. Action No. 3:06-cv-02217 |

## DEFENDANT HIRATA CORPORATION'S
## CERTIFICATE OF INTERESTED PERSONS

  Pursuant to Rule 7.4 of the Local Rules for the United States District Court for the Northern District of Texas, Defendant Hirata Corporation adopts the Certificate of Interested Persons filed by Plaintiff FAS Technologies, LLC on December 4, 2006 (Docket No. 2).

                Respectfully submitted,

                /s/ David R. McAtee II
                David R. McAtee II
                State Bar No. 00791213
                M. Elisabeth Rain
                State Bar No. 24051222
                HAYNES AND BOONE, LLP
                901 Main Street, Suite 3100
                Dallas, Texas 75202-3789
                Telephone: 214.651.5000
                Telecopier: 214.651.5940

                **ATTORNEYS FOR DEFENDANT**
                **HIRATA CORPORATION**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2007, I electronically filed the foregoing documents with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

    Jeff J Horn, Jr.
    OHASHI & HORN
    Republic Center
    325 N St Paul St., Suite 4400
    Dallas, TX 75201

    Alfonso Garcia Chan
    Cody Aaron Kachel
    Jeffrey R Bragalone
    Joseph F DePumpo
    Michael W Shore
    SHORE CHAN BRAGALONE
    325 North St Paul St.
    44th Floor
    Dallas, TX 75201

    Daniel T. Conrad
    JONES DAY
    PO Box 660623
    2727 N. Harwood St.
    Dallas, TX 75266-0623

                                            /s/ M. Elisabeth Rain