IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FAS TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | JURY DEMANDED |
| v. | § | |
| | § | NO. 3-06CV2217-D |
| HIRATA CORPORATION AND | § | |
| TOKYO ELECTRON LTD, | § | |
| | § | |
| *Defendants*. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO EXTEND TIME TO RESPOND TO TOKYO ELECTRON LIMITED'S
RULE 12(B)(3) MOTION TO DISMISS**

Plaintiff FAS Technologies, LLC ("FAS") files this unopposed motion for leave to extend time to file a Response to Tokyo Electron Limited's ("TEL") Rule 12(b)(3) Motion to Dismiss.

TEL filed its Rule 12(b)(3) Motion to Dismiss on March 19, 2007 [Doc. 7]. FAS's Response is due on April 9, 2007. FAS requests a short extension of one week to April 16, 2007, to file its Response. TEL does not oppose this request.

A proposed Order is attached.

Dated: April 9, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**OHASHI & HORN LLP**
　　　　　　　　　　　　　　　　　　　Republic Center
　　　　　　　　　　　　　　　　　　　325 N St. Paul Street, Suite 4400
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　214.743.4170
　　　　　　　　　　　　　　　　　　　214.743.4179 (Fax)

　　　　　　　　　　　　　　　　By:　___s/ Jeff J. Horn Jr._____
　　　　　　　　　　　　　　　　　　　Jeff J. Horn, Jr., Attorney-in-Charge
　　　　　　　　　　　　　　　　　　　State Bar No. 24027234
　　　　　　　　　　　　　　　　　　　jeffhorn@ohashiandhorn.com
　　　　　　　　　　　　　　　　　　　Cody A. Kachel
　　　　　　　　　　　　　　　　　　　State Bar No. 24049526
　　　　　　　　　　　　　　　　　　　ckachel@ohashiandhorn.com

　　　　　　　　　　　　　　　　　　　**SHORE CHAN BRAGALONE LLP**
　　　　　　　　　　　　　　　　　　　Republic Center
　　　　　　　　　　　　　　　　　　　325 North Saint Paul Street, Suite 4450
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　214.593.9110
　　　　　　　　　　　　　　　　　　　214.593.9111 (Fax)

　　　　　　　　　　　　　　　　　　　Michael W. Shore
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 18294915
　　　　　　　　　　　　　　　　　　　shore@shorechan.com
　　　　　　　　　　　　　　　　　　　Jeffrey Bragalone
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 02855775
　　　　　　　　　　　　　　　　　　　Jbragalone@shorechan.com
　　　　　　　　　　　　　　　　　　　Alfonso Garcia Chan
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24012408
　　　　　　　　　　　　　　　　　　　achan@shorechan.com
　　　　　　　　　　　　　　　　　　　Joseph F. DePumpo
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00787355
　　　　　　　　　　　　　　　　　　　jdepumpo@shorechan.com

　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF FAS TECHNOLOGIES, LLC**

## CERTIFICATE OF CONFERENCE

I certify that counsel for FAS has conferred with counsel for TEL concerning the relief sought in this motion, and TEL is unopposed to that relief.

                                                                                      ___ s/ Jeff J. Horn Jr._____
                                                                                      Jeff J. Horn Jr.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served upon all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule 5.1(d) on this 9th day of April, 2007.

                                                                                 ___ s/ Cody A. Kachel_____
                                                                                 Cody A. Kachel