Jok

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
_____ Dallas _____ **DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

**APR - 6 2007**

**CLERK, U.S. DISTRICT COURT**
By _____
**Deputy**

added 4/10/07

|  |  |
|---|---|
| _____ FAS Technologies, LLC _____ , | § |
| **Plaintiff** | § |
|  | § |
| v. | § |
|  | § |
| _____ Hirata Corporation and _____ , | § |
| _____ Tokyo Electron, LTD. _____ | § |
| **Defendant** |  |

NO. 3:06-cv-02217
**Case Number**

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____ Bruce Ellis Fein _____ , with offices at _____ 1615 M Street, N.W., Suite 400 _____ ,
                                                        (Street Address)

_____ Washington _____ , _____ D.C. _____ , _____ 20036 _____ , _____ 202-326-7933 _____ .
(City)                        (State)                (Zip Code)          (Telephone No.)

II.   Applicant will sign all pleadings with the name _____ Bruce Ellis Fein _____ .

III.   Applicant has been retained personally or as a member of the above-named firm by

Hirata Corporation

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United
States District Court, for the Northern District of Texas.

IV.   Applicant is a member in good standing of the bar of the highest court of the state of

_____ D.C. _____ , where Applicant regularly practices law.

Bar license number: _____ 4469466 _____   Admission date: _____ September 11, 2000 _____ .

V.   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Please see attachment A | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below: *N/A*

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below: *N/A*

**VIII.**   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses): *N/A*

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application          Case No. And Style        *N/A*

_____       _____

_____       _____

(If necessary, attach statement of additional applications.)

**X.**      Local counsel of record associated with Applicant in this matter is _____David R. McAtee II_____
who has offices at_____Haynes and Boone, LLP, 901 Main St., Suite 3100, Dallas, Texas 75202_____,
            (Address)
_____214-651-5374_____.
(Telephone No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

☑     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐     Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.


SIGNED this _____30th_____ day of _____March_____, 20__07___.


Bruce Ellis Fein
_____

Printed Name of Applicant

*Bruce Ellis Fein*
_____

Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this ___30th___ day of _____March_____, ___2007___.


Bruce Ellis Fein
_____

Printed Name of Applicant

*Bruce Ellis Fein*
_____

Signature

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:


☑    the application be granted.  The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.


☐    the application be denied.  The Clerk of Court shall return the admission fee to the Applicant.


_April 6, 2007_____          _____
DATE                           JUDICIAL OFFICER

## ATTACHMENT A

**Applicant has been admitted to practice before the following courts:**

| COURT: | ADMISSION DATE: | ACTIVE OR INACTIVE: |
|---|---|---|
| State of Virginia | December 28, 1999 | Active |
| U.S. District Court: | | |
| D.D.C. | December 2, 2002 | Active |
| E.D.Va | September 6, 2002 | Active |
| U.S.C.A.: | | |
| Third Circuit | August 2, 2001 | Active |
| Federal Circuit | January 21, 2003 | Active |

Court Name: Texas Northern District Cour
t
Division: 3
Receipt Number: D5010176
Cashier ID: dburton
Transaction Date: 04/03/2007
Payer Name: KELLOGG HUBER HANSEN

PRO HOC VICE
 For: BRUCE ELLIS FEIN
 Case/Party: D-TXN-0-07-PR-000001-001
 Amount: $25.00

CHECK
 Check/Money Order Num: 34190
 Amt Tendered: $25.00

Total Due: $25.00
Total Tendered: $25.00
Change Amt: $0.00