**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **FAS TECHNOLOGIES, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | **NO. 3:06-cv-02217-D** |
| v. | § | |
| | § | **JURY DEMANDED** |
| **HIRATA CORPORATION AND TOKYO ELECTRON LTD.** | § § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff FAS Technologies, LLC ("FAS") files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

1. On December 4, 2006, Plaintiff sued Defendants in *FAS Technologies, LLC v. Hirata Corporation and Tokyo Electron Ltd.*, Civil Action No. 3:06-cv-02217-D.

2. Defendants have not filed an answer or a motion for summary judgment.

3. This case is not a class action, and a receiver has not been appointed.

4. This case is not governed by any statute of the United States that requires an order of the court for dismissal of the case.

5. Plaintiff has not dismissed an action against Defendants based on or including the same claims as those presented in this suit.

6. This dismissal is without prejudice to refilling.

Dated:  April 11, 2007                                          Respectfully submitted,

                                                                 **OHASHI & HORN LLP**
Republic Center
325 N St. Paul Street, Suite 4400
Dallas, Texas 75201
214.743.4170
214.743.4179 (Fax)

By:      s/ Jeff J Horn Jr.
Jeff J. Horn, Jr., Attorney-in-Charge
State Bar No. 24027234
jeffhorn@ohashiandhorn.com
Cody A. Kachel
State Bar No. 24049526
ckachel@ohashiandhorn.com

**SHORE CHAN BRAGALONE LLP**
Republic Center
325 North Saint Paul Street, Suite 4450
Dallas, Texas 75201
214.593.9110
214.593.9111 (Fax)

Michael W. Shore
Texas State Bar No. 18294915
shore@shorechan.com
Jeffrey Bragalone
Texas State Bar No. 02855775
Jbragalone@shorechan.com
Alfonso Garcia Chan
Texas State Bar No. 24012408
achan@shorechan.com
Joseph F. DePumpo
Texas State Bar No. 00787355
jdepumpo@shorechan.com

**ATTORNEYS FOR PLAINTIFF FAS TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing document has been served upon all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule 5.1(d) on April 11, 2007.  Any other counsel of record will be served via facsimile.

                                                   _____s/ Jeff J. Horn Jr._____