IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FAS TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:06-CV-2217-D |
| VS. | § | |
| | § | |
| HIRATA CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |

## AMENDED ORDER

A notice of dismissal having been filed in this civil action on April 11, 2007, the court, pursuant to Fed. R. Civ. P. 41(a), dismisses this action without prejudice. This order is entered pursuant to N.D. Tex. Civ. R. 41.1 ("A notice or stipulation of dismissal must be accompanied by a proposed order of dismissal"), and the clerk of court shall consider this action to be closed.

**SO ORDERED**.

April 12, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE